NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
CAAP-12-0001071
09-APR-2013
12:07 PM**

NO. CAAP-12-0001071

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KOUAOU SAETUNG, Plaintiff-Appellant, v.
ROYAL JADE, INC. and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY,
Defendants-Appellees

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2011-384)

ORDER DISMISSING THE APPEAL
(By: Nakamura, C.J., Foley and Ginoza, JJ.)

Upon review of the record and files herein, it appears that following the court's January 18, 2013 order, Plaintiff-Appellant Kouaou Saetung (Appellant), pro se, failed to file an appropriately prepared and signed motion for leave to proceed on appeal in forma pauperis and an appropriately prepared, signed, and notarized affidavit in support of the motion, and Appellant failed to pay the required filing fee. See Hawai'i Rules of Appellate Procedure Rule 24(c). Therefore,

IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawai'i, April 9, 2013.

Chief Judge

Associate Judge

Associate Judge